IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIAN TACKETT and KAITLYN OWEN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, LOGAN HEALTH, WILLIAM T. HIGHFILL, M.D., DESIREE ALLEN, F.N.P., JAY MAHONEY, M.D., MARK HARDIN, M.D., CABINET PEAKS MEDICAL CENTER, PROVIDENCE SACRED HEART MEDICAL CENTER, and KAVITHA CHAGANUR, M.D.,<br><br>　　　　　Defendants. | CV 21-37-M-DLC-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington Lohn and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 9th day of June, 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　United States Magistrate Judge